*Ex parte* JESÚS RIVERA SÁNCHEZ y MIGUEL A. SALERNA ORTIZ, peticionarios.

*Número:* JO-76-2        *Resuelto:* 26 de enero de 1976

*Eudaldo Báez Cruz* y *José Muñoz Silva,* abogados de los peticionarios.

### RESOLUCIÓN

Se da traslado de la solicitud de hábeas corpus para la Sala de Mayagüez del Tribunal Superior, que deberá considerar la misma el próximo miércoles, 28 de enero de 1976 a las 9:00 a.m. Se deja sin efecto la resolución que negó fianza a los acusados peticionarios pendientes de dictarles sentencia pudiendo ellos permanecer en libertad bajo la misma fianza provisional que garantizó su comparecencia a juicio, por el tiempo que tome a la Sala de Mayagüez proveer en primera instancia a la solicitud de hábeas corpus.

El Juez Asociado Señor Negrón García denegaría la petición sin ejercicio alguno de jurisdicción original por este Tribunal, y así se expresará por escrito.

Lo acordó el Tribunal y certifica el Secretario. El Juez Presidente Señor Trías Monge y los Jueces Asociados Señores Rigau y Torres Rigual no intervinieron.

(Fdo.) Angel G. Hermida
*Secretario*

—O—

Voto disidente del Juez Asociado, Señor Negrón García.

San Juan, Puerto Rico, a 26 de enero de 1976.

Disiento con todo respeto del dictamen de este Tribunal que contradictoriamente deniega el ejercicio de su jurisdicción original en el recurso denominado Hábeas Corpus, y no obstante *revoca* la Resolución del Tribunal Superior, Sala de Mayagüez, que ordenó que los peticionarios Rivera y Salerna —convictos por jurado de violar el inciso (a) del Art. 404 de la Ley de Sustancias Controladas (24 L.P.R.A. sec. 2404 (a)) —permanecieran encarcelados hasta que se les dictara sentencia.

La petición de Hábeas Corpus no fue ni ha sido notificada a representante del Ministerio Fiscal alguno. Su lectura demuestra que carece de elementos de juicio suficientes para que este Tribunal haya podido adoptar fundamentalmente tal acuerdo —que considero en abstracto—modificando el criterio de un juez de instancia, que distinto a nosotros, es protagonista viviente del drama judicial y poseedor del conocimiento real de los hechos y trámites acaecidos que los peticionarios nos niegan en el mismo.